BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051


Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN STOUGHTON<br>xxx-xx-4798<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No.   13-1403 AC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 5, 2013, to January 10, 2014, with defendant's response due February, 10, 2014.   This extension is required to accommodate counsel's crowded briefing schedule and upcoming holidays.

/ / / /

/ / / /

/ / / /

1

Dated: December 3, 2013                /s/Bess M. Brewer
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: December 3, 2013                Benjamin B. Wagner
                                       United States Attorney

                                       Donna L. Calvert
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ Carolyn B. Chen,
                                       CAROLYN B. CHEN
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant


                              **ORDER**

APPROVED AND SO ORDERED.

DATED: December 3, 2013
                                       _____
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE

2