1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
5  Attorneys for Plaintiff
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 DAVID ALLEN STOUGHTON       )   Case No.   13-1403 AC
   xxx-xx-4798                 )
12                             )
                               )
13                             )   STIPULATION AND
                               )   ORDER EXTENDING PLAINTIFF'S
14          Plaintiff,         )   TIME TO FILE SUMMARY
                               )   JUDGMENT MOTION
15 v.                          )
                               )
16 MICHAEL J. ASTRUE           )
   Commissioner of Social Security )
17 of the United States of America, )
                               )
18          Defendant.         )
                               )
19                             )

21      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment motion is hereby extended from December 5, 2013,

23 to January 10, 2014, with defendant's response due February, 10, 2014.   This extension is required

24 to accommodate counsel's crowded briefing schedule and upcoming holidays.

25

26 / / / /

27 / / / /

28 / / / /

1

1
2
3
4  Dated: December 3, 2013                    */s/Bess M. Brewer*
                                              BESS M. BREWER
                                              Attorney at Law
5
                                              Attorney for Plaintiff
6
7
8
9  Dated: December 3, 2013                    Benjamin B. Wagner
                                              United States Attorney
10
                                              Donna L. Calvert
11                                            Acting Regional Chief Counsel, Region IX
                                              Social Security Administration
12
                                              /s/ Carolyn B. Chen,
13                                            CAROLYN B. CHEN

                                              Special Assistant United States Attorney
14                                            Attorneys for Defendant
15
                            **ORDER**
16
17 APPROVED AND SO ORDERED.

18 DATED: December 3, 2013                    _____
                                              ALLISON CLAIRE
19                                            UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28