BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN STOUGHTON<br>xxx-xx-4798<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No. 2:13-cv-1403 AC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from January 10, 2014, to January 21, 2014.  This short additional extension is required due to lengthy record in Mr. Stoughton's case and counsel's crowded briefing schedule.

////

////

////

1

Dated: January 9, 2014

      */s/Bess M. Brewer*
      BESS M. BREWER
      Attorney at Law

      Attorney for Plaintiff

Dated: January 9, 2014

      Benjamin B. Wagner
      United States Attorney

      Donna L. Calvert
      Acting Regional Chief Counsel, Region IX
      Social Security Administration

      /s/ Carolyn B. Chen,
      CAROLYN B. CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 9, 2014

      _____
      ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

2