1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
CAROLYN B. CHEN, CSBN 256628
4 Special Assistant United States Attorney
5     160 Spear Street, Suite 800
    San Francisco, California 94105
6     Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
7     E-Mail: Carolyn.Chen@ssa.gov
8 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID ALLEN STOUGHTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-01403-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 10 DAYS FOR DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 10 days to respond to Plaintiff's Motion for Summary Judgment.  This is the first continuance sought by Defendant; the third continuance requested in this case.  Defendant's counsel requests additional time to fully review the 1057-page administrative record, fully research the issues presented, and due to a crowded briefing schedule.  The current due date is February 24, 2014.   The new due date will be March 6, 2014.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stipulation for an Extension of Time; 2:13-cv-01403-AC     1

Defendant's counsel apologizes to the Court and to Plaintiff for the delay and any inconvenience caused by this extension.

                                          Respectfully submitted,

Date: February 20, 2014            *s/ Bess M. Brewer by C.Chen\**
                                          (As authorized by email on 2/20/2014)
                                          BESS M. BREWER
                                          Attorney for Plaintiff

Date: February 20, 2014            BENJAMIN B. WAGNER
                                          United States Attorney

                                          By *s/ Carolyn B. Chen*
                                          CAROLYN B. CHEN
                                          Special Assistant U. S. Attorney

                                          Attorneys for Defendant


                                          <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: February 20, 2014            _/s/ Allison Claire_____
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE